## LEMONS v. STATE.

No. 18555.

Court of Criminal Appeals of Texas.
June 24, 1936.

D. H. Zook, of San Antonio, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

Aggravated assault is the offense; penalty assessed at a fine of $25.

The complaint and information appear regular. The record is before us without bills of exception or statement of facts.

No error having been perceived or pointed out, the judgment is affirmed.